IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-16 |
| | ) |
| DORI MULL | ) |

ORDER OF COURT

AND NOW, to wit, this 13th day of Feb, 2006, upon consideration of the Motion to Dismiss Indictment, heretofore filed by the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment at Criminal No. 04-16 as against defendant Dori Mull is hereby DISMISSED.

UNITED STATES DISTRICT JUDGE

cc: Counsel for Defendant
    United States Attorney
    United States Marshals Service
    Pretrial Services